1  JOEL E. ELKINS (SBN 256020)
   jelkins@weisslawllp.com
2  WEISSLAW LLP
   9107 Wilshire Blvd., Suite 450
3  Beverly Hills, CA 90210
   Telephone: (310) 208-2800
4  Facsimile: (310) 209-2348

5  *Attorneys for Plaintiff*

6  ROBERT A. SACKS (SBN 150146)
   sacksr@sullcrom.com
7  ALEXA M. LAWSON-REMER (SBN 268855)
   lawsonr@sullcrom.com
8  SULLIVAN & CROMWELL LLP
   1888 Century Park East
9  Los Angeles, CA 90067-1725
   Telephone:  (310) 712-6600
10 Facsimile:   (310) 407-2688

11 *Attorneys for Defendants*
   *Kite Pharma, Inc., Arie Belldegrun,*
12 *David Bonderman, Farah Champsi,*
   *Ian Clark, Roy Doumani,*
13 *Franz Humer, Joshua A. Kazam,*
   *Ran Nussbaum, Jon Peacock,*
14 *Steven B. Ruchefsky, and Owen N. Witte*

15 (additional counsel on next page)

16              UNITED STATES DISTRICT COURT

17              CENTRAL DISTRICT OF CALIFORNIA

18

19 ROBERT BERG, Individually and On       CASE NO.: 2:17-cv-06583-MWF-E
   Behalf of All Others Similarly Situated,
20                                         CLASS ACTION
                  Plaintiff,
21                                         **(1) STIPULATION FOR**
         v.                                **DISMISSAL; and**
22
   KITE PHARMA, INC., et al.,              **(2) [PROPOSED] ORDER**
23                                         **DISMISSING ACTION (lodged**
                  Defendants.              **under separate cover).**
24

1 | (continued from previous page)

2 | PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
3 | VIRGINIA F. MILSTEAD (SBN 234578)
virginia.milstead@skadden.com
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
5 | Los Angeles, California 90071-3144
Telephone: (213) 687-5000
6 | Facsimile: (213) 687-5600

7 | *Attorneys for Defendants*
*Gilead Sciences, Inc. and Dodge Merger Sub, Inc.*

**STIPULATION OF DISMISSAL**

WHEREAS, on August 28, 2017, Kite Pharma, Inc. ("Kite" or the "Company") published a press release and filed with the United States Securities and Exchange Commission ("SEC") a Form 8-K announcing that it had entered into a definitive merger agreement (the "Merger Agreement"), by which Gilead Sciences, Inc. ("Gilead"), through its subsidiary, Dodgers Merger Sub, Inc. ("Merger Sub"), would commence a tender offer to acquire all outstanding shares of Kite's common stock at a price of $180.00 in cash per share (the "Offer");

WHEREAS, on September 5, 2017, a Schedule 14D-9 was filed with the SEC, which included Kite's recommendation statement in connection with the Offer (the "Recommendation Statement"), in which Kite indicated that its board of directors, acting with the advice and assistance of its independent legal and financial advisors, unanimously recommended that the stockholders of the Company accept the Offer and tender their shares to Gilead pursuant to the Offer;

WHEREAS, on September 7, 2017, plaintiff Simon Gordon, an alleged stockholder of Kite, filed a putative class action complaint in the United States District Court for the District of Delaware, against Kite and its board of directors (the "Kite Board") alleging purported violations of the federal securities laws in connection with the Recommendation Statement (this "Action");

WHEREAS, on September 7, 2017, plaintiff Robert Berg ("Plaintiff"), an alleged stockholder of Kite, filed the above-captioned action against Kite, the Kite Board, Gilead, and Merger Sub, alleging purported violations of the federal securities laws in connection with the Recommendation Statement;

WHEREAS, on September 11, 2017, plaintiff Merry Axelrod, an alleged stockholder of Kite, filed a putative class action complaint in the United States District Court for the Central District of California, against Kite, the Kite Board, Gilead, and Merger Sub, alleging purported violations of the federal securities laws in connection with the Recommendation Statement;

1

WHEREAS, on September 14, 2017, plaintiff Richard Morrissey, an alleged stockholder of Kite, filed a putative class action complaint in the United States District Court for the Central District of California, against Kite and the Kite Board alleging purported violations of the federal securities laws in connection with the Recommendation Statement;

WHEREAS, on September 25, 2017, Kite filed Amendment No. 4 to the Schedule 14D-9, which addressed Plaintiff's allegations under Sections 14(d), 14(e), and 20(a) of the Exchange Act, and consequently, Plaintiff's claims have become moot;

WHEREAS, one minute after 11:59 pm on October 2, 2017, the Offer expired and on October 3, 2017 the merger was consummated;

WHEREAS, in light of the foregoing, Plaintiff voluntarily dismisses his claims with prejudice;

WHEREAS, Defendants have denied and continue to deny that Plaintiff's claims have merit but agree that Plaintiff's claims have become moot;

WHEREAS, no compensation in any form has passed directly or indirectly to Plaintiff or his attorneys, and no promise or agreement to give any such compensation has been made, nor has any discussion relating to any such compensation taken place between the parties. Any mootness fee application, absent agreement on fees between the parties, shall be resolved in the District of Delaware Gordon litigation cited above;

WHEREAS, no class has been certified in this Action;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties:

This Action is dismissed as moot, and the claims asserted therein are hereby

dismissed with prejudice as to the named Plaintiff, and without prejudice as to the purported class.

DATED: November 15, 2017

**WEISSLAW LLP**

By: ___*/s/Joel E. Elkins*___
Joel E. Elkins
Attorneys for Plaintiff

SULLIVAN & CROMWELL LLP

By: ___*/s/Robert A. Sacks*___
Robert A. Sacks
Attorneys for Defendants
Kite Pharma, Inc., Arie Belldegrun, David Bonderman, Farah Champsi, Ian Clark, Roy Doumani, Franz Humer, Joshua A. Kazam, Ran Nussbaum, Jon Peacock, Steven B. Ruchefsky, and Owen N. Witte

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ___*/s/Peter B. Morrison*___
Peter B. Morrison
Attorneys for Defendant
Gilead Sciences, Inc. and Gilead Sciences, Inc. and Dodge Merger Sub, Inc.

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)**

This certifies, pursuant to Local Rule 5-4.3.4(a)(2)(i), that all signatories to this document concur in its content and have authorized this filing.